**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ZOLTAN HIRSCH,                                    CASE NO: 1:14-cv-05869-AT

      Plaintiff,

vs.

953 ASSOCIATES LLC, a Delaware limited
liability company, d/b/a EATERY, and 796-798
NINTH SUCCESSOR, LLC, a New York
limited liability company,

      Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT, 796-798 NINTH SUCCESSOR, LLC

      Plaintiff, ZOLTAN HIRSCH, pursuant to Rule 41(a)(1) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses without prejudice, solely, Defendant, 796-

798 NINTH SUCCESSOR, LLC, a New York limited liability company, from this

action.

Dated this 27th day of October, 2014.

                             Respectfully submitted,

                             By: /S/ B. Bradley Weitz
                                B. Bradley Weitz, Esq. (BW 9365)
                                THE WEITZ LAW FIRM, P.A.
                                Attorney for Plaintiff
                                Bank of America Building
                                18305 Biscayne Blvd., Suite 214
                                Aventura, Florida 33160
                                Telephone: (305) 949-7777
                                Facsimile: (305) 704-3877
                                Email: bbw@weitzfirm.com

SO ORDERED:

_____

Hon. Analisa Torres, U.S.D.J.